No. 05–7256. CARROLL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7257. DeLEON-GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7259. ANDUJAR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7261. BRYAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–7262. GARZA MENDEZ, AKA GARZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7263. MUNOZ-MARQUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7264. TREJO-LOPEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7272. SANCHEZ-SANCHEZ, AKA BATISTA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 05–7275. McDONALD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–7276. NEWTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–7278. LOUIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7279. MARTIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–7281. REICHOW v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–7282. STEWART v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–7283. SMITH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.